IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ROBERT BENAVIDES AND | § | |
| MELISSA GAONA BENAVIDES | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 5:15-CV-00163 |
| | § | |
| STATE FARM LLOYDS | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(2), Plaintiffs Robert Benavides and Melissa Gaona Benavides and Defendant State Farm Lloyds file this Stipulation of Dismissal because all matters in controversy have been resolved between the parties. The parties respectfully request that the Court dismiss this case with prejudice.

Dated this the 7th day of December, 2015.

Respectfully submitted,

ARGUELLO, HOPE & ASSOCIATES, P.L.L.C.

By: _____
Andres A. Arguello
SBN: 24089970
andres@simplyjustice.com
1110 NASA Parkway, Suite 620
Houston, Texas 77058
Tel. 281-532-5529
Fax. 281-402-3534
ATTORNEYS FOR PLAINTIFFS,
ROBERT BENAVIDES AND
MELISSA GAONA BENAVIDES

And

By: _____
Ray R. Ortiz
State Bar No. 15324280
Felix Arambula III
State Bar No. 24038746
ray@jao-law.com
felix@jao-law.com
**JONES, ANDREWS & ORTIZ, P.C.**
10100 Reunion Place, Suite 600
San Antonio, Texas 78216
210/344-3900 Telephone
210/366-4301 Facsimile
**ATTORNEYS FOR DEFENDANT,
STATE FARM LLOYDS**