United States District Court
Southern District of Texas
**ENTERED**
December 11, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ROBERT BENAVIDES AND<br>MELISSA GAONA BENAVIDES<br>    Plaintiffs,<br><br>v.<br><br>STATE FARM LLOYDS<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 5:15-CV-00163 |

## ORDER OF DISMISSAL

The Court, after considering the Stipulation of Dismissal With Prejudice of Plaintiffs Robert Benavides and Melissa Gaona Benavides and Defendant State Farm Lloyds, is of the opinion that said Motion should be GRANTED.

It is therefore ORDERED that the Motion for Dismissal is granted and that the action of the Plaintiff against Defendant is now dismissed with prejudice.

All costs of court are taxed against the party incurring same.

Signed this ___10th___ day of ___December___, 2015.

_____
JUDGE PRESIDING
**Diana Saldaña**

F:\RRO\314-084\PDF\Settlement\Benavides, Robert, et al. v. SF Lloyds - Order of Dismissal.doc